IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| JERRY D. ANTHONY | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | NO: 5:04CV00295 SWW |
| LAYNE CHRISTENSEN COMPANY; | * | |
| LAYNE CHRISTENSEN COMPANY | * | |
| SHORT-TERM DISABILITY PLAN; | * | |
| LAYNE CHRISTENSEN COMPANY | * | |
| LONG-TERM DISABILITY PLAN; and | * | |
| UNUM LIFE INSURANCE | | |
| COMPANY OF AMERICA | | |
| | | |
| Defendants | | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that (1) Defendant UNUM's decision denying Plaintiff's claim for short term disability benefits is reversed, (2) Plaintiff is awarded the full 26 weeks of short term disability benefits available under the Layne Christensen Company Short Term Disability Plan, and (3) Plaintiff's claim for long term disability benefits is dismissed without prejudice.

IT IS SO ORDERED THIS 1ST DAY OF NOVEMBER, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE